```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/09/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
WANXIANG LU,

                Plaintiff,

     -v-

ALEJANDRO MAYORKAS et al,

                Defendants.
------------------------------------------------------------------X

22-cv-1198 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

    On motion of the petitioner, the case is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41. The Clerk of Court is respectfully directed to close the case.

    SO ORDERED.

Dated: May 9, 2022
       New York, New York

                                            LEWIS J. LIMAN
                                     United States District Judge